

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00082-CR

_____

BRIAN WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 11F0304-5

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Brian Williams has filed several notices of appeal in connection with his pro se filings of pretrial habeas applications with the trial court. The trial is now complete, with his plea of guilty pursuant to a negotiated plea agreement. On May 16, we sent a letter to Williams in connection with his attempted appeals, stating that there was no order or judgment appearing in the records from which an appeal could be taken, requesting that he show this Court how we could have jurisdiction over his appeals, and warning him that, in the absence of some such showing, his appeals would be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 25.2(a).

Williams has filed a response in which he claims that the court denied his pretrial habeas applications on April 21, 2014. We have again reviewed the record and find no such order. Further, we have contacted the district clerk, who has informed us that no such order exists.

The appeal is dismissed for want of jurisdiction.

Jack Carter
Justice

Date Submitted:     June 4, 2014
Date Decided:     June 5, 2014

Do Not Publish